**UNITED STATES of America, Petitioner—Appellee,**

v.

**Carol A. WALLACE, Administrator, Old Mill Trust, Respondent—Appellant.**

**United States of America, Petitioner—Appellee,**

v.

**Carol A. Wallace, Respondent—Appellant.**

**United States of America, Petitioner—Appellee,**

v.

**Carol A. Wallace, Treasurer/Accountant, The Tymisau Foundation, Respondent—Appellant.**

United States of America,
Petitioner—Appellee,

v.

Carol A. Wallace, Administrator
for the Spring Wood Trust,
Respondent—Appellant.

United States of America,
Petitioner—Appellee,

v.

Carol A. Wallace, Administrator
for The Redeemer Trust,
Respondent—Appellant.

No. 05–2208, 05–2209, 05–2210,
05–2211, 05–2212.

United States Court of Appeals,
Fourth Circuit.

Submitted April 28, 2006.

Decided May 15, 2006.

Carol A. Wallace, Appellant Pro Se. Neil Ray White, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol A. Wallace appeals from five district court orders denying her motions to quash and granting the Government's motions to enforce the Internal Revenue Service summonses. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Wallace,* Nos. CA–05–1867–WDQ; CA–05–1868–WDQ; CA–05–1869–WDQ; CA–05–1870–WDQ; CA–05–1871–WDQ (Sept. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*